**SAGE LAW PARTNERS, LLC**
John V. Mayer (10959)
140 N. Union Ave., Ste. 220
Farmington, UT 84025
Telephone: (801) 438-7120
Facsimile: (801) 438-7121
Email: jmayer@sagelawpartners.com

*Attorney for Defendant*

# UNITED STATES DISTRICT COURT
## District of Utah Central Division

| | | |
|---|---|---|
| Kenneth P. and Natasia P., Plaintiffs | * * * | Motion for Pro Hac Vice Admission and Consent of Local Counsel |
| v. Blue Shield of California, Defendant. | * * * | Case No. 2:18-cv-00034 BSJ |

Pursuant to D.U. Civ Rule 83-1.1(d), I move the admission of Joseph E. Laska as pro hac vice counsel for Defendant California Physicians' Service dba Blue Shield of California and consent to serve as local counsel. The application for pro hac vice admission is attached as Exhibit A to this motion, an Electronic Case Filing Registration Form as Exhibit B, and the admission fee, if required, has been paid to the court with the submission of this motion.

Dated this 25th of May 2018.

                                                                                      */s/ John V. Mayer*
                                                                                      Attorney for Defendant