SAGE LAW PARTNERS, LLC
JOHN MAYER (Bar No. 10959)
Email: jmayer@sagelawpartners.com
140 North Union Ave., Suite 220
Farmington, UT 84025
Telephone: (801) 438-7120
Facsimile: (801) 438-7121

MANATT, PHELPS & PHILLIPS, LLP
JOSEPH E. LASKA (pro hac vice)
Email: jlaska@manatt.com
KETAKEE R. KANE (pro hac vice)
Email: kkane@manatt.com
One Embarcadero Center, 30th Floor
San Francisco, CA 94111
Telephone: (415) 291-7400
Facsimile: (415) 291-7474

Attorneys for Defendant
CALIFORNIA PHYSICIANS' SERVICE dba
BLUE SHIELD OF CALIFORNIA

THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH, CENTRAL DIVISION

| KENNETH P. and NATASIA P., <br><br> Plaintiffs, <br><br> vs. <br><br> BLUE SHIELD OF CALIFORNIA, <br><br> Defendant. | Civil No. 2:18-cv-00034 BSJ <br><br> **[PROPOSED] ORDER ON DEFENDANT'S MOTION TO TRANSFER VENUE UNDER THE DOCTRINE OF *FORUM NON CONVENIENS*** <br><br> Judge Bruce S. Jenkins |
|---|---|

The motion of Defendants California Physicians' Service dba Blue Shield of California's ("Blue Shield") was heard in Department 7.200 of this Court. Appearances were stated on the record.

Having read the parties' papers and considered the arguments of counsel, the

1

2

Court GRANTS Defendant's motion to transfer venue and ORDERS the transfer of this case to the United States District Court for the Northern District of California.

    IT IS SO ORDERED.

Dated:

                                           Hon. Bruce S. Jenkins