SAGE LAW PARTNERS, LLC
JOHN MAYER (Bar No. 10959)
Email: jmayer@sagelawpartners.com
140 North Union Ave., Suite 220
Farmington, UT 84025
Telephone: (801) 438-7120
Facsimile: (801) 438-7121

MANATT, PHELPS & PHILLIPS, LLP
JOSEPH E. LASKA (pro hac vice)
Email: jlaska@manatt.com
KETAKEE R. KANE (pro hac vice)
Email: kkane@manatt.com
One Embarcadero Center, 30th Floor
San Francisco, CA 94111
Telephone: (415) 291-7400
Facsimile: (415) 291-7474

Attorneys for Defendant
CALIFORNIA PHYSICIANS' SERVICE dba
BLUE SHIELD OF CALIFORNIA

THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| KENNETH P. and NATASIA P., <br><br> Plaintiffs, <br><br> vs. <br><br> BLUE SHIELD OF CALIFORNIA, <br><br> Defendant. | Civil No. 2:18-cv-00034 BSJ <br><br> **REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO TRANSFER VENUE UNDER THE DOCTRINE OF *FORUM NON CONVENIENS*** <br><br> Judge Bruce S. Jenkins |

**PLEASE TAKE NOTICE THAT** under Federal Rule of Evidence 201,

Defendant California Physicians' Service dba Blue Shield of California ("Blue Shield")

respectfully requests that the Court take judicial notice of Exhibits 1-3 in support of Blue

Shield's Motion to Transfer Venue.

1.    A printout of the California Secretary of State's website, establishing the principal place of business for California Physicians' Service, attached to the Declaration of Ketakee Kane ("Kane Decl.") as **Exhibit 1.**

2.    A printout of the Utah Secretary of State's website, establishing that California Physicians' Service is not incorporated in Utah, attached to the Kane Decl. as **Exhibit 2.**

3.    A printout of the Utah Insurance Department website, establishing that California Physicians' Service is not registered with the Utah Insurance Department, attached to the Kane Decl. as **Exhibit 3.**

Federal Rule of Evidence 201(b) provides that the Court may take judicial notice of a fact not subject to reasonable dispute that is either: (1) generally known within the territorial jurisdiction of the trial court; or (2) capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned.

The Court may take judicial notice of **Exhibits 1- 3** because they are public records. The Court may take judicial notice of public records, including official government publications. *Clemmons v. Bohannon,* 956 F.2d 1523, 1532 n.2 (10th Cir. 1992)*; Am. Bankers Ass'n v. Nat'l Credit Union Admin.*, 347 F. Supp. 2d 1061, 1067 (D. Utah 2004). Government websites are considered official government publications. *U.S. v. Iverson*, 818 F.3d 1015, 1022 (10th Cir. 2016); *Global BTG LLC v. Nat'l Air Cargo, Inc.*, 2011 WL 2572337, *1 (C.D. Cal. June 29, 2011) (taking judicial notice of a print out of the California Secretary of State's website).

Blue Shield respectfully requests that the Court take judicial notice of Exhibits 1-3.

3

Dated:   May 29, 2018                    MANATT, PHELPS & PHILLIPS, LLP


By: /s/ Ketakee R. Kane
        Ketakee R. Kane
        Attorneys for Defendant
CALIFORNIA PHYSICIANS' SERVICE dba BLUE
SHIELD OF CALIFORNIA

3